UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| DOUG KIMMELL | ) | CASE NO. 14-12715 |
| ANGELA KIMMELL | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |

## O R D E R

At Fort Wayne, Indiana on February 5, 2015.

Debtors' motion to sever filed on February 4, 2015, is GRANTED.

This case is severed into two separate cases. Angela Kimmell's case will be assigned the new case number below and shall go forward titled as:

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ANGELA KIMMELL | ) | Case No. 15-10138 |
| | ) | Chapter 7 |
| Debtor | ) | |

All future documents filed in connection with Angela Kimmell should be filed bearing the new caption and case number.

The case of debtor Doug Kimmell shall continue to pend under case number 14-12715.

SO ORDERED.

    /s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court